**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6345**

JEFFREY SANDERS,

          Plaintiff - Appellant,

     v.

UNION COUNTY JAIL; DIANE, Head Nurse; JOHN/JANE DOES, All Union
County Jail Staff,

          Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at
Charlotte.  Graham C. Mullen, Senior District Judge.  (3:24-cv-00240-GCM)

Submitted:  July 25, 2024                          Decided:  July 30, 2024

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jeffrey Sanders, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Sanders seeks to appeal the district court's order dismissing claims against Defendant Union County Jail and unnamed defendants in Sanders' 42 U.S.C. § 1983 action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). "Ordinarily, a district court order is not final until it has resolved all claims as to *all* parties." *Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015) (internal quotation marks omitted).

The order Sanders seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Specifically, our review of the record reveals that the district court has not adjudicated the claims against Defendant Diane, and the matter is still pending. Accordingly, we dismiss the appeal for lack of jurisdiction.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2